Jeremy W. Faith, Chapter 7 Trustee
16030 Ventura Blvd, Suite 470
Encino, CA 91436
Telephone: (818) 705-2777

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| **In re:** ) | **Case No. 9:21-10600-MB** |
| ) | |
| **LARRY DAVIDSON** ) | **Chapter 7** |
| ) | |
| Debtor(s). ) | **NOTICE OF CONTINUED MEETING** |
| ) | **OF CREDITORS AND APPEARANCE** |
| ) | **OF DEBTOR(S) 11 U.S.C. §341(a)** |
| ) | |
| ) | |

**TO THE ABOVE NAMED DEBTOR(S) AND ATTORNEY SANDRA MCBETH:**

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above entitled matter was continued to **September 27, 2021  at 01:30 PM** for the reason set forth below:

- Document review.
- No appearance required, this is a holding date.

**All requested documents to be uploaded to the Document Portal.

DATED: August 24, 2021    /s/ Jeremy W. Faith
Jeremy W. Faith, Chapter 7 Trustee

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on August 24, 2021.

/s/ Lee Dowding
Lee Dowding (**7trusteefaith@gmail.com**)

1